UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROBERT W SMITH

RENEE D SMITH                                          CHAPTER 13

Debtor(s)

CASE NO: 1-17-02376-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

vs.

ROBERT W SMITH

RENEE D SMITH

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, comes Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire and brings this Motion to Dismiss Case, a statement of which follows:

1. Debtor(s) filed the above case on June 6, 2017.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 12/12/18, 05/09/19, 08/14/19, 12/09/20.

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 2 months in default with arrearages of $1,367.00 through July 8, 2021.

6. The non-payment of Debtor's plan obligation is

   a. a material default with respect to the confirmed plan; and

   b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated: July 8, 2021                                    Respectfully submitted,

/s/   James K. Jones, Esquire
ID:  39031
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH

    RENEE D SMITH                                              CHAPTER 13
            Debtor(s)                                CASE NO: 1-17-02376-HWV

    JACK N. ZAHAROPOULOS
    CHAPTER 13 TRUSTEE
           Movant                                   MOTION TO DISMISS
vs.
    ROBERT W SMITH
     RENEE D SMITH

           Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        August 11, 2021 at 09:35 AM
        Bankruptcy Courtroom
        Ronald Reagan Federal Bldg.
        3rd Floor, 228 Walnut Street
        Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated: <u>July 8, 2021</u>                                   Jack N. Zaharopoulos, Trustee
                                                                                 8125 Adams Drive, Suite A
                                                                                  Hummelstown, PA 17036
                                                                                  Phone: (717) 566-6097
                                                                                  Fax: (717) 566-8313
                                                                                  eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH

RENEE D SMITH                 CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS        CASE NO: 1-17-02376-HWV
CHAPTER 13 TRUSTEE
        Movant                  MOTION TO DISMISS

vs.

ROBERT W SMITH
  RENEE D SMITH

        Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 8, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| MICHAEL CAUM, ESQUIRE<br>PO BOX 272<br>SHREWSBURY, PA 17361- | Served electronically |
| ROBERT W SMITH<br>RENEE D SMITH<br>3650 NEW PARK ROAD<br>NEW PARK, PA 17352 | Served by 1st Class Mail |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 8, 2021             Bobbie Weigel
                                        for Jack N. Zaharopoulos, Trustee
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH

RENEE D SMITH  CHAPTER 13

Debtor(s)

CASE NO: 1-17-02376-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant  MOTION TO DISMISS

vs.

ROBERT W SMITH
RENEE D SMITH

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.